UNITED STATES DISTRICT COURT

BALSEWICZ, John H., Pro se,
("MELISSA" TRANSGENDER NAME)
WDOC # 226740,

        Plaintiff,

-vs-

        CASE No: 18-CV-97-JPS

PAWLKY, Jon, (SERGEANT),

        Defendant.

---

DECLARATION OF PLAINTIFF: John H. "Melissa" BALSEWICZ 226740 WITH SUPPORTING DOCUMENTATION

    STATE OF WISCONSIN   )
                SS:             ) BALSEWICZ.
    COUNTY OF DODGE    )

Now, I John H. "Melissa" BALSEWICZ, Pro se, hereby, DECLARES UNDER PENALTY of PERJURY that when & what I ATTEST to here is & are TRUE & CORRECT to the BEST of my knowledge, files, Records, of me, that the Wisconsin Department of Corrections (i.e., PSU, HSU, SSD, SECURITY, etc.) here stores on me.

Executed at the WAUPUN CORRECTIONAL INSTITUTION: this 9th day of August 2018.

                        RESPECTFULLY SUBMITTED,
                        *John H. Melissa Balsewicz*
                        JOHN H. "MELISSA" BALSEWICZ 226740
                        PLAINTIFF, Pro se.

WAUPUN CORRECTIONAL INSTITUTION

200 S. Madison Street

Post Office Box 351

Waupun, WI. 53963