IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| John H. Balsewicz, a/k/a Melissa Balsewicz,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan S. Pawlyk, et al.,<br><br>Defendants. | Case No. 2:18-cv-97<br><br>The Honorable J.P. Stadtmueller |

**JOINT STIPULATION OF DISMISSAL**

The parties have entered into a settlement agreement and release. In accordance with that agreement, the parties jointly stipulate to the dismissal of this case. The case is dismissed with prejudice and without costs to either party.

Respectfully submitted,

/s/ Christian Chessman

John J. Hamill
Pamela M. Begaj-Loutos
Christian Chessman
Matthew J. Freilich
**DLA Piper LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606
(312) 368-4000
john.hamill@dlapiper.com
pamela.begaj@dlapiper.com
christian.chessman@dlapiper.com
matt.freilich@dlapiper.com

Dated: October 21, 2021

/s/ Jennifer R. Remington

Jennifer R. Remington
Brandon T. Flugaur
**Wisconsin Department of Justice**
17 West Main Street
Madison, Wisconsin 53707
(608) 266-1221
remingtonjr@doj.state.wi.us
flugaurbt@doj.state.wi.us